IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLTEL CORPORATION**  **PLAINTIFF**

v.  **CASE NO. 4:09-CV-0779BSM**

**MICHAEL JASON KIMBLER**  **DEFENDANT**

## ORDER

On this 30th Day of September 2009, there is presented to the Court the Motion of plaintiff Alltel Corporation to seal certain exhibits attached to the Affidavit of Karen Knapp, filed in support of its Motion for Temporary Restraining Order, Preliminary Injunction, and Request for Expedited Hearing. The Court finds that said Motion should be granted.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the designated exhibits be filed under seal.

U.S. District Court Judge, Eastern
District of Arkansas, Western Division

1